UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRYAN EDMOND HUNT,                  :

    Plaintiff,                  :       CIVIL ACTION

v.                                  :       1:02-CV-164-MHS

MAURICE M. PAUL, et al.,            :

    Defendants.                 :

## ORDER

On December 20, 2002, plaintiff Bryan Edmond Hunt, proceeding pro se, filed this action pursuant to Fed. R. Civ. P. 60(b) seeking to set aside three prior federal court judgments relating to his prosecution and conviction for perjury. I agreed to accept assignment of the case at the request of the Chief Judge of the Eleventh Circuit pursuant to 28 U.S.C. § 292(b).

On April 30, 2004, the Court dismissed this action on the grounds that it constituted a second or successive habeas petition for which plaintiff had failed to obtain the required certification by the court of appeals. Plaintiff appealed, and on January 4, 2005, the Eleventh Circuit affirmed the dismissal. Hunt v. Paul, No. 04-12818 (11th Cir. Jan. 4, 2005).

AO 72A
(Rev.8/82)

On July 5, 2005, plaintiff filed a motion for relief from this Court's judgment of dismissal, relying on the Supreme Court's recent ruling in Gonzalez v. Crosby, 545 U.S. ___, 125 S. Ct. 2541 (2005). Plaintiff also filed a motion for recusal and stated his intention to name me as a defendant in this case.

Plaintiff's motion for recusal is without merit and is accordingly denied. However, I conclude that recusal is appropriate on other grounds.

First, upon the Eleventh Circuit's affirmance of my Order dismissing this action, the case was concluded and my agreement to accept this assignment was fulfilled. Given plaintiff's apparent determination to litigate his claims ad infinitum, I decline to accept any further assignment in connection with this matter.

Second, even if I were willing to continue hearing this case, plaintiff's personal attacks on my integrity and threat to sue me make it impossible for me to continue to act as the judge in this matter.

2

AO 72A
(Rev.8/82)

Accordingly, I DENY plaintiff's motion for recusal [#43-1] but RECUSE myself from this case for the reasons set out above. The Clerk of the United States District Court for the Northern District of Florida shall reassign this case in accordance with the direction of the Chief Judge.

IT IS SO ORDERED, this 14th day of July, 2005.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

3