IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRYAN EDMOND HUNT,

    Plaintiff,

v.                                                          CASE NO. 1:02-cv-00164-SPM-AK

MAURICE M. PAUL, et al.,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 42, Plaintiff's motion relief from final judgment. The attached certificate of service indicates that counsel for Defendants have been served. Having carefully considered the matter, the Court believes responses from Defendants are appropriate.

    Accordingly, it is **ORDERED**:

    That Defendants shall file responses to Doc. 42 no later than **March 27, 2006**;

    That Plaintiff may file replies no later than **April 27, 2006**.

    **DONE AND ORDERED** this *26th* day of January, 2006.

                              s/ A. KORNBLUM
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**