IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRYAN HUNT,

    Plaintiff,

vs.                                                  1:02-CV-164-SPM

MAURICE PAUL, *et al.*,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DENYING MOTION FOR RELIEF FROM JUDGMENT WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 56) dated May 26, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections (doc. 57) on June 9, 2006.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. While Plaintiff may be convinced that a grand conspiracy is taking place, designed to rob Plaintiff of his constitutional rights, a review of the magistrate judge's comprehensive report demonstrates that Plaintiff simply seeks to repeatedly relitigate claims which either were or should have been raised in prior

proceedings. His attacks upon the magistrate judge and other court officers are not well-taken and add nothing to his argument.

Plaintiff has not shown that he is entitled to relief. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 56) is adopted and incorporated by reference in this order.

2. The motion for relief from final judgment (doc. 42) is hereby ***denied with prejudice***.

**DONE AND ORDERED** this <u>twenty-first</u> day of June, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge